PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-00145-LJO-SKO |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| JUAN CARLOS LOPEZ, RAFAEL TORRES-ARMENTA, JAVIER GARCIA-CASTANEDA, and CARLOS PIEDRA-MURILLO, | |
| Defendants. | |

Based upon the plea agreements entered between the United States and defendants Juan Carlos Lopez, Rafael Torres-Armenta, Javier Garcia-Castaneda, and Carlos Piedra-Murillo (hereafter "Defendants"), and the accompanying Application for Preliminary Order of Forfeiture and Publication Thereof by the United States, it is hereby ORDERED, ADJUDGED AND DECREEED as follows:

1. Pursuant to 21 U.S.C. § 853(a), the Defendants' interest in the following property is condemned and forfeited to the United States of America, to be disposed of according to law:

 a. Ruger .22 caliber rifle, serial # 111-08015;

 b. Box of 50 rounds of .22 caliber ammunition;

 c. Box of 100 rounds of .22 caliber ammunition;

 d. Pill bottle containing 7 live rounds of .22 caliber ammunition;

 e. 10 round magazine for one Ruger .22 caliber rifle; and,

1     f. Magazine containing five live rounds of .22 caliber ammunition.

2   2. The above-listed assets constitute property or is property derived from proceeds
3 traceable to a violation of 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(C), or is property derived from,
4 involved in, or used or intended to be used to commit such offenses.

5   3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to
6 seize the above-listed property.  The aforementioned property shall be seized and held by the United
7 States Department of Homeland Security, Customs and Border Protection in its secure custody and
8 control.

9   4. a. Pursuant to 21 U.S.C. § 853(n) and Local Rule 171, the United States shall publish
10 notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a
11 designee's) intent to dispose of the property in such manner as the Attorney General may direct shall
12 be posted for at least 30 consecutive days on the official internet government forfeiture site
13 www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written
14 notice to any person known to have alleged an interest in the property that is the subject of the order of
15 forfeiture as a substitute for published notice as to those persons so notified.

16    b. This notice shall state that any person, other than the defendant, asserting a legal
17 interest in the above-listed property, must file a petition with the Court within sixty (60) days from the
18 first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or
19 within thirty (30) days from receipt of direct written notice, whichever is earlier.

20   5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this
21 Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all interests will
22 be addressed.

23   6. The government, in its discretion, shall conduct discovery, including written discovery,
24 the taking of depositions, and the issuance of subpoenas, in order to identify, locate or dispose of
25 ///
26 ///
27 ///
28 ///

PRELIMINARY ORDER OF FORFEITURE    2

property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.

   Dated: **April 6, 2017**       **/s/ Lawrence J. O'Neill**
                                                 UNITED STATES CHIEF DISTRICT JUDGE