1   TOM STANLEY, SBN 45990
2   16133 Ventura Boulevard, Suite 700
    Encino, CA 91436
3   Tel: (818) 986-1506
    Fax: (818) 691-0432
4
    Attorney for Defendant:
5   RAFAEL TORRES-ARMENTA
6
7                  UNITED STATES DISTRICT COURT
8            FOR THE EASTERN DISTRICT OF CALIFORNIA
9
10
    UNITED STATES OF AMERICA,           )   Case No.: 16CR00145-LJO-SKO
11                                       )
                                         )   STIPULATION TO CONTINUE
12              Plaintiff,               )   SENTENCING; ORDER
                                         )
13      vs.                              )
                                         )
14   RAFAEL TORRES-ARMENTA               )
                                         )
15              Defendant.               )
                                         )
16   _____ )
17
         **IT IS HEREBY STIPULATED** by the Plaintiff United States of America by Karen
18
    Escobar, Assistant United States Attorney and the defendant Rafael Torres-Armenta by attorney
19
    Tom Stanley that the sentencing currently set for July 10, 2017 at 11:00 a.m. be continued to
20
    August 14, 2017 at 11:00 a.m. due to the illness of Mr. Stanley.
21
22   Dated: July 6, 2017.                    /s/ Tom Stanley_____
                                             TOM STANLEY
23                                           Attorney for Defendant
                                             RAFAEL TORRES-ARMENTA
24
25   Dated: July 6, 2017.                    /s/ Karen Escobar_____
26                                           KAREN ESCOBAR
                                             AUSA
27                                           Attorney for Plaintiff
28

**STIPULATION TO CONTINUE SENTENCING**

ORDER

GOOD CAUSE APPEARING, IT IS ORDERED

That the sentencing currently set for July 10, 2017 at 11:00 a.m. be continued to August 14, 2017 at 11:00 a.m.


IT IS SO ORDERED.

Dated:   **July 6, 2017**                          _____**/s/ Lawrence J. O'Neill**_____
UNITED STATES CHIEF DISTRICT JUDGE

**STIPULATION TO CONTINUE SENTENCING**