PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-00145-LJO-SKO |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| JUAN CARLOS LOPEZ, RAFAEL TORRES-ARMENTA, JAVIER GARCIA-CASTANEDA, and CARLOS PIEDRA-MURILLO, | |
| Defendants. | |

WHEREAS, on April 6, 2017, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendants Juan Carlos Lopez, Rafael Torres-Armenta, Javier Garcia-Castaneda, and Carlos Piedra-Murillo in the following property:

    a.  Ruger .22 caliber rifle, serial # 111-08015;

    b.  Box of 50 rounds of .22 caliber ammunition;

    c.  Box of 100 rounds of .22 caliber ammunition;

    d.  Pill bottle containing 7 live rounds of .22 caliber ammunition;

    e.  10 round magazine for one Ruger .22 caliber rifle; and,

    f.  Magazine containing five live rounds of .22 caliber ammunition.

///

FINAL ORDER OF FORFEITURE     1

1    AND WHEREAS, beginning on April 27, 2017, for at least 30 consecutive days respectively, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), to be disposed of according to law, including all right, title, and interest of Juan Carlos Lopez, Rafael Torres-Armenta, Javier Garcia-Castaneda, and Carlos Piedra-Murillo.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:  **September 7, 2017**              /s/ Lawrence J. O'Neill
                                            UNITED STATES CHIEF DISTRICT JUDGE